UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC TOLSTON (3145)

VERSUS

JOHN THOMPSON, ET AL

CIVIL ACTION

NO. 11-252-BAJ-DLD

**RULING AND**
**ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate Judge

Docia L. Dalby dated September 8, 2011, to which no objection has been filed, hereby

approves the report and recommendation of the magistrate judge and adopts it as the

Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's action is dismissed, with prejudice as

legally frivolous with the meaning of 28 U.S.C. § 1915, until the conditions set forth in

Heck v. Humphrey, supra are satisfied.

Baton Rouge, Louisiana, September 30, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA